Wayne Smith                                                                               10/15/18
3801 Stone Way N #138
Seattle WA 98103
425 583-2996 / wayne@waynesmithre.com

To:           The Honorable Judge Theiler
Regarding:   Mr. Brad Woolard

Dear Judge Theiler,

I am Wayne Smith, and I own and operate a real estate company where I flip homes. I have also been selling real estate for over ten years and have been flipping homes since 2014 with a small group of clients. We turn very dilapidated houses into beautiful homes with increased energy efficiency and functionality, to create properties that people love to own and are proud to live in.

I met Brad in 2014 while he was running a construction remodeling company. Brad's work ethic showed up in the very first project he helped me with. Brad is a very hard worker who takes pride in a job well done. We did quite a few projects over a few years, and in all of those projects, he really showed great workmanship and fantastic design. Brad became a trusted advisor on my projects, and as he continued to get busier and began to do flips for himself, he remained a trusted advisor and many times lent me a hand on projects when I encountered difficulties.

As you can imagine, over the course of these many projects I saw Brad and his growing family quite a bit. I visited Brad and Shawna in the hospital just after the birth of their twin baby girls. I have never seen such a proud father. Of course, I was concerned that with the new twins, he wouldn't keep such an attention to detail and work ethic on my construction projects, but of course, true to his word, Brad stepped up and kept my projects on schedule, while remaining a devoted father to his twins. I recall one occasion, the day after Christmas (a weekend), when Brad met me early in the morning and helped me throw out all construction debris at an unfinished project that was behind schedule, and finish the final framing so the contractor could do the drywall, all within a day. It was then that I knew I could call Brad my friend. Even when he was exceptionally tired, he helped me get that project to the finish line, and every time I saw him with the babies, I was always amazed by his devotion and how taken the girls were with him. And of course, no matter which real estate project we were discussing, not a single phone conversation or visit would go by without me hearing how they were, what they were doing, or how their personalities were developing. There was never a doubt that Brad cares deeply for his family, since he can't go through a day without talking about them. From my experience, he is a great family man, no question; he has always wanted nothing but the best for them.

To support Brad upon his release, I would be very willing to hire and work with him. I have work that can be started as soon he is available. This work would be local, which would allow him to spend time with his family every night. Brad would be working on construction flip projects as well as rental units, which would allow him to stay productive and give him a true sense of accomplishment, while adding improvement to the homes themselves.