01
02
03
04
05
06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08 UNITED STATES OF AMERICA,      **)**
                                   **)**   CASE NO. CR18-217-RSM
09      Plaintiff,                 **)**
                                   **)**
10      v.                         **)**   DETENTION ORDER
                                   **)**
11 BRADLEY WOOLARD,                **)**
                                   **)**
12      Defendant.                 **)**
                                   **)**
13 _____ **)**

14 <u>Offense charged</u>:      Conspiracy to Distribute Controlled Substances; Possession of Furanyl

15 Fentanyl with Intent to Distribute (2 counts); Felon in Possession of Firearms; Possession of

16 Firearms in Furtherance of a Drug Trafficking Offense; Asset Forfeiture Allegations

17 <u>Date of Detention Hearing</u>:    October 16, 2018.

18        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20 that no condition or combination of conditions which defendant can meet will reasonably assure

21 the appearance of defendant as required and the safety of other persons and the community.

22 */ / /*

DETENTION ORDER
PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2.    The AUSA proffers evidence in support of the allegation that over thirty firearms, hundreds of thousands of rounds of ammunition, homemade silencers, approximately one million dollars, and more than 10,000 fentanyl pills were found during a search of defendant's residence, hidden in the attic, secret rooms, the walls, ceilings and appliances.  The government believes that a large quantity of cash has not yet been found.  The government alleges that defendant fled to Mexico upon learning of the search.  The defendant disputes this, claiming that he was attending a drug rehabilitation center.  The government proffers evidence to argue that defendant that defendant has been involved in distributing marijuana for over 20 years, and was involved in extensive trafficking in fentanyl.  He has a criminal record, including failures to appear with warrant activity.  He asks to be released to the residence he shares with his wife, but the government argues that defendant's wife was also involved in assisting defendant in drug trafficking, and that defendant and his wife had extensive drug use. Defendant faces a 15 year mandatory minimum sentence if convicted of the pending charges.

3.    Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

01    General for confinement in a correction facility separate, to the extent practicable, from

02    persons awaiting or serving sentences or being held in custody pending appeal;

03    2. Defendant shall be afforded reasonable opportunity for private consultation with

04    counsel;

05    3. On order of the United States or on request of an attorney for the Government, the person

06    in charge of the corrections facility in which defendant is confined shall deliver the

07    defendant to a United States Marshal for the purpose of an appearance in connection

08    with a court proceeding; and

09    4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

10    for the defendant, to the United States Marshal, and to the United State Pretrial Services

11    Officer.

12    DATED this <u>16th</u> day of October, 2018.

14    Mary Alice Theiler
      United States Magistrate Judge