The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY WOOLARD, <br><br> Defendant. | NO. CR18-217 RSM <br><br> ORDER TO DISMISS COUNT 7 |

THIS MATTER comes before the Court on the motion of the Defendant and United States to dismiss Count 7 of the Second Superseding Indictment against Defendant BRADLEY WOOLARD, without prejudice, pursuant to Fed. R. Crim. P. 48(a). The Court, having reviewed the materials, and being otherwise fully advised, hereby GRANTS the motion.

It is hereby ORDERED: Count 7 against Defendant BRADLEY WOOLARD is

///

///

///

*Order to Motion to Dismiss Count 7- 1*
*U.S. v. Woolard,* CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

dismissed without prejudice.

Dated this 21st day of January, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ S. Kate Vaughan*
S. KATE VAUGHAN
KARYN JOHNSON
WILLIAM DREHER
Assistant United States Attorneys

*Order to Motion to Dismiss Count 7- 2*
*U.S. v. Woolard,* CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970