The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY WOOLARD, *et al.*, <br><br> Defendants. | NO. CR18-217-RSM <br><br> **SECOND PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Second Motion for Entry of a Protective Order Restraining Certain Forfeitable Property, as follows:

    a.    Assorted jewelry, seized on or about October 10, 2019 from a residence located at 2719 84th Drive NE, Lake Stevens, Washington, including items appearing to be the following:

        1.    One Rolex President Day-Date yellow gold wrist watch, serial no. N0816295;

        2.    One Rolex President Day-Date yellow gold wrist watch, serial no. 6445613;

        3.    One 14kt gold and diamond necklace;

        4.    One men's 14kt yellow gold and diamond ring; and

Second Protective Order Restraining Certain Forfeitable Property - 1
*United States v. Woolard, et al.*, CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. One 14kt white gold and diamond ring;

b. Assorted jewelry, seized on or about October 10, 2019 from storage unit #2357, located at 3615 McDougall Avenue, Everett, Washington, including items appearing to be the following:

1. One Breitling Super Avenger wrist watch;
2. One Breitling Bentley model A44632 wrist watch;
3. One Jacob & Co. Six Time Zone wrist watch;
4. One Jacob & Co. Five Time Zone Replica wrist watch;
5. One Rolex President Day-Date model 18038 wrist watch, serial no. 8452503;
6. One Rolex President Day-Date model 18078 wrist watch, serial no. 7619813;
7. One 14kt yellow gold and diamond pendant;
8. One 14kt rose gold and diamond ring;
9. One 14kt yellow gold and diamond linked ring;
10. One white gold and diamond link-style ring;
11. One 14kt yellow gold and diamond ring;
12. One 10kt large rope chain;
13. One 14kt yellow gold and diamond pharaoh pendant;
14. One 10kt yellow gold and diamond pendant;
15. One men's 14kt yellow gold and diamond ring;
16. One 10kt yellow gold and diamond pendant on 10kt yellow gold chain;
17. One 14kt yellow gold and diamond cross pendant on 14kt yellow gold chain;
18. One 10kt yellow gold and diamond ram pendant on chain;
19. One 14kt yellow gold and diamond Seahawks pendant on 10kt yellow gold chain;

Second Protective Order Restraining Certain Forfeitable Property - 2
*United States v. Woolard, et al.*, CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

20. One 10kt yellow gold and diamond high-heeled shoe pendant on 10kt yellow gold chain;
21. One 10kt yellow gold and diamond enameled Air Jordan shoe pendant on 10kt yellow gold chain;
22. One 14kt yellow gold and diamond ash holder on 14kt yellow gold chain;
23. One 10kt yellow gold and diamond razor blade pendant on 10kt yellow gold chain;
24. One 10kt yellow gold and diamond wing-shape ring;
25. One 10kt white gold and diamond necklace;
26. One 10kt white gold and diamond large linked chain;
27. One 10kt white gold and diamond Highway 101 pendant;
28. One 10kt white gold and black and white diamond necklace;
29. One 10kt yellow gold and diamond pendant on 14kt yellow gold chain;
30. One 14kt white gold and diamond face of Jesus pendant; and
31. One 14kt yellow gold and diamond rope chain.

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of a protective order restraining the above-described property (the "Subject Property") is appropriate because:

- A defendant in this case, Timothy Mantie, has been charged in the Third Superseding Indictment with the offense of *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1) and 846 (as set forth in Count 1) (Dkt. No. 279);
- The Third Superseding Indictment and the Second Forfeiture Bill of Particulars provided notice of the United States' intent to seek the forfeiture of

Second Protective Order Restraining Certain Forfeitable Property - 3
*United States v. Woolard, et al.,* CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|1| property, including the Subject Property, pursuant to 21 U.S.C. § 853(a) (Dkt.
|2| Nos. 279, 335);
|3| • Based on the facts set forth in the Affidavit of Drug Enforcement
|4| Administration Special Agent Joseph Cheng, there is probable cause to
|5| believe that the Subject Property is subject to forfeiture in this case; and
|6| • To ensure that the Subject Property remains available for forfeiture, its
|7| continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

///
///
///

Second Protective Order Restraining Certain Forfeitable Property - 4
*United States v. Woolard, et al.*, CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The Subject Property shall remain in the custody of the United States, to include its federal agencies and/or their authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 3rd day of April, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Neal B. Christiansen*
Neal B. Christiansen
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Neal.Christiansen2@usdoj.gov

Second Protective Order Restraining Certain Forfeitable Property - 5
*United States v. Woolard, et al.,* CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970