1

Chief Judge Ricardo S. Martinez

2

3

4

5

6

7          UNITED STATES DISTRICT COURT FOR THE
8           WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
9

10   UNITED STATES OF AMERICA,

11                    Plaintiff              NO.  CR18-217RSM

12                 v.                        **CASE SCHEDULING ORDER**

13   BRADLEY WOOLARD,
14   ANTHONY PELAYO,
     JEROME ISHAM,
15   TIMOTHY MANTIE,
16   ROBERT TABARES,
     JOSE LUGO, and
17   ANDREW TONG

18                 Defendants.

19

20        The Court, having considered Defendant Pelayo's request for a scheduling order in

21   this matter and the Government's response, hereby enters the following Scheduling Order

22   in this matter:

23

24        / / /

25        / / /

26        / / /

27        / / /

28
     CASE SCHEDULING ORDER/*Woolard, et al*          UNITED STATES ATTORNEY
     CR18-217RSM - Page 1                            700 STEWART STREET, SUITE
                                                     5220
                                                     SEATTLE, WASHINGTON 98101
                                                     (206) 553-7970

| Event | Date |
|-------|------|
| ***Expert disclosure:*** The parties will exchange expert witness information as follows: The government shall provide a written summary of expert witnesses it intends to call during its case in chief at trial, and a summary of the witness's opinions and qualifications, six weeks before trial. Each defendant shall provide a written summary of expert witnesses they intend to call during their case in chief, and a summary of the witness's opinions and qualifications, four weeks before trial. | ***Government:*** July 28, 2020<br><br>***Defense:*** August 4, 2020 |
| ***Rule 404(b) Disclosures:*** The government shall disclose the general nature of any evidence it intends to use pursuant to the provisions of Fed.R.Evid. 404(b) six weeks before trial. | July 28, 2020 |
| ***Deadline for Adding New Defendants or Counts:*** The government has until five weeks before trial to add additional defendants or counts through a superseding indictment, if those additional defendants or counts are based on evidence in the government's possession as of that date. | August 4, 2020 |
| ***Government Witness List:*** The government is to produce its witness list and exhibit list related to its case-in-chief; the government is to produce Jencks Act, Rule 26.2, and Giglio impeachment materials, including information relating to known non-testifying declarants under Fed.R.Evid. 806 (if any), three weeks before trial. | August 18, 2020 |
| ***Exhibit and Witness List:*** The parties are to provide an exhibit list, including illustrative and demonstrative exhibits, two weeks before trial. The parties are to provide a witness list two weeks before trial. Illustrative and demonstrative exhibits may be modified, with modifications shown to opposing counsel with appropriate time to review. | August 25, 2020 |
| ***Henthorn Disclosures:*** The government is to produce all impeachment information regarding law enforcement officers and government agents who will testify at trial, pursuant to *United States v. Henthorn*, two weeks before trial. | August 25, 2020 |
| ***Opening Statement Slideshows and Exhibits:*** The parties shall exchange slideshows and exhibits they intend to use during opening statements one day before opening statements. | One day before opening statements |

CASE SCHEDULING ORDER/*Woolard, et al*
CR18-217RSM - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Date |
|---|---|
| ***Motions in Limine:*** Parties to file motions *in limine* and motions re: 404(b) due three weeks before trial.<br>Responses to those motions will be due August 25, 2020, and replies to those responses will be due August 28, 2020. Noting Date: September 1, 2020 | August 18, 2020 |
| ***Pretrial Conference:*** The Court will conduct a hearing on motions *in limine* (if necessary) and other trial matters on this date. | September 1, 2020 |
| Parties to file motions re: jury selection and attorney voir dire and/or their proposed Jury Questionnaire (if any) two weeks before trial. | August 25, 2020 |
| Parties to file Trial Briefs, Proposed Jury Instructions, Voir Dire and Verdict Forms, two weeks before trial. | August 25, 2020 |
| Trial | September 8, 2020 |

The dates set forth in this Order are based on a trial date of September 8, 2020.  If the trial date is continued, these dates will be reset by the equivalent number of days or weeks in advance of the new trial date.


DATED this 13th day of July 2020


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

CASE SCHEDULING ORDER/*Woolard, et al*
CR18-217RSM - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970