UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-217-RSM |
| Plaintiff, | |
| v. | ORDER AUTHORIZING FILING OVERLENGTH BRIEF |
| BRADLEY WOOLARD, | |
| Defendants. | |

Defendant's motion to file an overlength brief in support of his motion to dismiss is granted. Defendant may file a brief of no more than 16 pages.

DATED this 3rd day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order
(USA v. Woolard CR18-217-RSM- 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206)624-1551