UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR18-217-RSM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER AUTHORIZING FILING OF EXHIBITS UNDER SEAL |
| ) | |
| BRADLEY WOOLARD, ) | |
| ) | |
| Defendants. ) | |

Defendant's motion to file his exhibits to his motion to suppress identification testimony under seal is granted.

DATED this 3rd day of August, 2020.

_____

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order
(USA v. Woolard CR18-217-RSM- 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206)624-1551