UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-217-RSM |
| Plaintiff, | |
| v. | ORDER AUTHORIZING FILING OF EXHIBITS UNDER SEAL |
| BRADLEY WOOLARD, | |
| Defendants. | |

Defendant's motion to file his exhibits to his supplemental memorandum to the motion to suppress evidence at docket 65 is granted.

DATED this 3rd day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order
(USA v. Woolard CR18-217-RSM- 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206)624-1551