THE HONORABLE CHIEF JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY WOOLARD, <br><br> Defendant. | No. CR18-217-RSM <br><br> ORDER AUTHORIZING FILING OF EXHIBITS UNDER SEAL |

Defendant Woolard's motion to file his exhibits to his motion to dismiss filed at docket 420 under seal is granted.

DATED this 3rd day of August, 2020.

_____

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Motion to File Document Under Seal
(USA v. Woolard CR 18-217-RSM - 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206)624-1551