The Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-217 RSM |
| Plaintiff, | |
| v. | ORDER |
| BRADLEY WOOLARD, et al | |
| Defendants. | |

THIS COURT having considered the Government's Motion to Extend Time to Respond to Pre-Trial Motions, hereby finds that the Motion is supported by good cause, and the government's Motion to Extend Time is GRANTED.

The government must file responses to pre-trial motions by no later than August 20, 2020.

DATED this 3rd day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*/s/Michael J. Lang*
MICHAEL LANG
Assistant United States Attorney

ORDER/ *US v. Woolard, et al*, CR18-217/RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970