Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WOOLARD,<br><br>Defendant. | NO. CR18-217 RSM<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO GOVERNMENT'S RESPONSE TO MOTION TO INVOKE SPOUSAL PRIVILEGE AND SUPPRESS PRIVILEGED STATEMENTS (DKT. 405) |

This matter has come before the Court on the motion to seal Exhibit 1 to Government's Response to Motion to Invoke Spousal Privilege and Suppress Privileged Statements (DKT, 405). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit 1 to Government's Response to Motion to Invoke Spousal Privilege and Suppress Privileged Statements (DKT, 405), due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. Woolard,* CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit 1 to Government's Response to Motion to Invoke Spousal Privilege and Suppress Privileged Statements (DKT, 405) be filed under seal.

DATED this 20th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michael Lang*
MICHAEL LANG
Assistant United States Attorney

Sealing Order
*United States v. Woolard,* CR18-217 RSM
- 2 -
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970