The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-217 RSM |
| Plaintiff | **ORDER TO SEAL** |
| v. | |
| BRADLEY WOOLARD and JEROME ISHAM, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Exhibits 3, 4, 14, and 15 to AUSA Karyn Johnson's Declaration (the Declaration will be filed as Exhibit 1 to Government's Consolidated Opposition to Motions to Dismiss Due to Conflicts of Interest and Outrageous Government Conduct);

//
//
//

Order to Seal
*U.S. v. Woolard, et al.,* CR18-217 RSM - 1

It is hereby ORDERED that the Government's Exhibits 3, 4, 14, and 15 to AUSA Karyn Johnson's Declaration shall remain sealed.

DATED this 20th day of August, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

Order to Seal
*U.S. v. Woolard, et al.,* CR18-217 RSM - 2