The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-217 RSM |
| Plaintiff, | |
| | ORDER GRANTING MOTION TO SEAL UNITED STATES' RESPONSE TO DEFENDANT WOLLARD'S SUPPLEMENTAL MEMORANDUM RE: MOTION TO SUPPRESS AND FOR *FRANKS* HEARING (DKT. 413) |
| v. | |
| BRADLEY WOOLARD, | |
| Defendant. | |

This matter has come before the Court on the motion to seal United States' Response to Defendant Woolard's Supplemental Memorandum re: Motion to Suppress and for *Franks* Hearing (Dkt. 413).   The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal the United States' Response to Defendant Woolard's Supplemental Memorandum re: Motion to Suppress and for *Franks* Hearing (Dkt. 413), due to the sensitive information contained therein.

//
//
//
//
//

- 1 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that the United States' Response to Defendant Woolard's Supplemental Memorandum re: Motion to Suppress and for *Franks* Hearing (Dkt. 413) be filed under seal.

DATED this 21st day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

Sealing Order
*United States v. Woolard,* CR18-217 RSM

- 2