THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRAD WOOLARD,<br>ANTHONY PELAYO,<br>TIMOTHY MANTIE,<br>JEROME ISHAM,<br>JOSE LUGO,<br><br>Defendants. | No. CR 18-00217-RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY |

DEFENDANTS BRAD WOOLARD, ANTHONY PELAYO, TIMOTHY MANTIE, JEROME ISHAM, AND JOSE LUGO, by and through their undersigned attorneys, respectfully request an extension of time to file reply briefs for all pretrial motions initially due on July 30, 2020. Defendants ask for a three-week extension making reply briefs due on September 10, 2020.

IT IS HEREBY ORDERED that the motion is GRANTED. Defendants' reply briefs, if any, shall be filed no later than September 10, 2020.

DATED this 24th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE