Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY PELAYO,

Defendant.

NO.  CR18-217-RSM

ORDER GRANTING UNITED STATES'
MOTION FOR LEAVE TO FILE SURREPLY
IN OPPOSITION TO DEFENDANT
PELAYO'S MOTION TO SUPPRESS
EVIDENCE FROM I-CLOUD ACCOUNT
(DKT. 444)

The Court, having reviewed the United States' Motion for Leave to File Surreply in Opposition to Defendant Pelayo's Motion to Suppress Evidence from I-Cloud Account (Dkt. 444) (the "Motion to Suppress"), enters the following Order:

IT IS HEREBY ORDERED that leave is GRANTED.  The United States may file a surreply to defendant Pelayo's Motion to Supress (Dkt. 444).

DATED this 18th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE
SURREPLY IN OPPOSITION TO DEFENDANT PELAYO'S MOTION TO
SUPPRESS EVIDENCE FROM  I-CLOUD ACCOUNT (DKT. 444) - 1
*U.S. v. Anthony Pelayo, et al.;* CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970