Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRADLEY WOOLARD, and<br>JEROME ISHAM<br><br>　　　　　　　Defendants. | NO. CR18-217-RSM<br><br>ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS WOOLARD AND ISHAM'S MOTIONS TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT (DKT. 420 & 431) |

The Court, having reviewed the United States' Motion for Leave to File a Surreply in Opposition to Defendants Woolard and Isham's Motion to Dismiss for Outrageous Government Conduct (Dkts. 420 & 431) (the "Motions to Dismiss"), enters the following Order:

IT IS HEREBY ORDERED that leave is GRANTED. The United States may file a surreply to defendants Woolard and Isham's Motions to Dismiss (Dkts. 420 & 431).

DATED this 18th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS WOOLARD AND ISHAM'S MOTIONS TO DISMISS FOR OUTRAGEOUS CONDUCT (DKTS. 420 & 431) - 1
*U.S. v. Bradley Woolard, et al.;* CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Presented by:

*s/ Michael Lang*
MICHAEL LANG
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS WOOLARD AND ISHAM'S MOTIONS TO DISMISS FOR OUTRAGEOUS CONDUCT (DKTS. 420 & 431) - 2
*U.S. v. Bradley Woolard, et al.;* CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970