UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>1. BRADLEY WOOLARD,<br>3. ANTHONY PELAYO,<br>a/k/a Raymond Jones<br>8. TIMOTHY MANTIE,<br>9. JEROME ISHAM,<br>11. JOSE FELICIANO LUGO,<br><br>Defendants. | CASE NO. CR18-217RSM<br><br>ORDER SETTING EVIDENTIARY HEARING AND CONTINUING TRIAL DATE |

Considering the need for multiple days of evidentiary hearings in this case prior to trial, and considering the Court's schedule and General Order 04-21, which addressed the current pandemic and the scheduling of criminal in-person hearings and trials, the Court hereby FINDS and ORDERS as follows:

A multi-day in-person evidentiary hearing cannot be scheduled prior to the current trial date. Given the parties' known availability on that date, the Court now sets a single evidentiary hearing and oral argument on all pending motions to begin at 9:00 a.m. on June 21, 2021, proceeding to additional days if necessary.

Trial will be continued to the Court's next available date, July 19, 2021.

ORDER SETTING EVIDENTIARY HEARING AND CONTINUING TRIAL DATE – 1

The Court notes that this complex, multi-defendant trial, which will require several dozen individuals to gather together in the courtroom for multiple weeks, would not have been eligible to proceed on June 21 pursuant to the health and safety considerations set forth in General Order 04-21.

The Court finds that the failure to continue the trial date in this case would likely result in a miscarriage of justice, and would be detrimental to the health and safety of all participants, including the defendants, jurors, and all others who would be present in the courtroom during trial. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendants to a speedy trial. This extension of time from June 21, 2021 to July 19, 2021 shall be excludable time pursuant to 18 U.S.C. § 3161.

All deadlines set forth in the Scheduling Order of July 13, 2020, Dkt. #389 are continued, consistent with that Scheduling Order.

DATED this 7th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER SETTING EVIDENTIARY HEARING AND CONTINUING TRIAL DATE – 2