UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BRADLEY WOOLARD,<br>ANTHONY PELAYO,<br>JOSE FELICIANO LUGO, and<br>JEROME ISHAM,<br><br>　　　　　　Defendants. | CASE NO. CR18-217RSM<br><br>ORDER GRANTING MOTION FOR IN CAMERA REVIEW OF PRESENTENCE REPORTS |

This matter comes before the Court on Defendant Woolard's Motion for *in camera* review of presentence reports of cooperating witnesses. Dkt. #397. Mr. Woolard moves the Court to direct the Government to notify U.S. Probation and Pretrial Services of "all persons currently or previously under supervision who are expected to be witnesses for the government at any pretrial hearing or at trial" and to direct U.S. Probation and Pretrial Services to submit any reports for such persons for *in camera* review. *Id*. at 3. Mr. Woolard argues that these reports may contain material discoverable under *Brady v. Maryland*, 373 U.S. 83 (1963). Defendants Pelayo, Isham, and Lugo join in this Motion. Dkts. #417, #429, #451.

ORDER GRANTING MOTION FOR IN CAMERA REVIEW OF PRESENTENCE REPORTS – 1

The Government does not oppose an *in camera* review of these materials but requests that any information provided to the Defendants from the Court's review of these files also be provided to the Government. Dkt. #518 at 3.

Where a defendant alleges that presentence reports contain material discoverable under *Brady v. Maryland*, the Court, in its discretion, may make an *in camera* inspection of the materials. *United States v. Chavez-Vernaza*, 844 F.2d 1368, 1375 (9th Cir. 1987). The trial court should release what it finds relevant, material, and probative as to the witness's credibility. *Giglio v. United States*, 405 U.S. 150, 154, (1972).

Accordingly, having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that Defendant Woolard's Motion, Dkt. #397, is GRANTED. The Court DIRECTS the Government to notify U.S. Probation and Pretrial Services of all persons currently or previously under supervision who are expected to be witnesses for the Government at any pretrial hearing or at trial and DIRECTS the U.S. Probation and Pretrial Services Offices to submit any reports for such persons to the Court for *in camera* review.

DATED this 4th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE