Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WOOLARD, et al.,<br><br>Defendant. | NO. CR18-217 RSM<br><br>**ORDER SEALING GOVERNMENT'S MOTION TO SEAL GOVERNMENT'S EXHIBIT REGARDING CONFIDENTIAL SOURCE** |

THE COURT hereby SEALS the Government's Exhibit regarding confidential source.

DATED this 25th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mike Lang*
MIKE LANG
Assisted United States Attorney

Order Sealing Government's Motion To Seal Government's
Exhibit Regarding Confidential Source- 1
*United States v. Bradley Woolard, et al.,* /CR18-217 RSM