THE HONORABLE CHIEF JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-217-RSM |
| Plaintiff, | |
| v. | ORDER AUTHORIZING FILING OF DOCUMENT UNDER SEAL |
| BRADLEY WOOLARD, | |
| Defendant. | |

Defendant Woolard's motion to file his supplemental memorandum to his Motion to Suppress under seal is granted.

DATED this 25th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Motion to File Document Under Seal
(USA v. Woolard CR 18-217-RSM - 1

**PETER A. CAMIEL**
**CAMIEL & CHANEY P.S.**
**2815 Elliott Avenue, Suite 100**
**Seattle, WA 98121**
**(206)636-1725**