Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WOOLARD, et al.,<br><br>Defendant. | NO. CR18-217 RSM<br><br>**ORDER SEALING GOVERNMENT'S EXHIBIT TO GOVERNMENT'S MOTIONS *IN LIMINE*** |

THE COURT hereby SEALS the Government's Exhibit to Government's Motions *In Limine*.

DATED this 28th day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mike Lang*
MIKE LANG
Assisted United States Attorney

ORDER SEALING GOVERNMENT'S EXHIBIT TO GOVERNMENT'S MOTIONS IN LIMINE- 1
*United States v. Bradley Woolard, et al.,* /CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970