THE HONORABLE CHIEF JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-217-RSM |
| Plaintiff, | |
| v. | DEFENDANT WOOLARD'S TRIAL BRIEF |
| BRADLEY WOOLARD, | |
| Defendant. | |

Bradley Woolard submits this brief in advance of the trial set to commence on July 19, 2021. The government has predicted a trial lasting three to four weeks. The government has listed 77 witnesses and filed an exhibit list that runs 109 pages and indicates in excess of 1700 trial exhibits.

**The Charges**

Bradley Woolard is charged in the following counts in the Fourth Superseding Indictment:

Ct. 1 Conspiracy to Distribute Controlled Substances

Ct. 2 Possession of Fentanyl with Intent to Distribute on 4/19/18

Ct. 3 Possession of Fentanyl with Intent to Distribute on 5/6/18

Ct. 4 Possession of Fentanyl with Intent to Distribute on: 7/24/18

Ct. 5 Possession of Fentanyl with Intent to Distribute on 7/27/18

Ct. 6 Possession of Furanyl Fentanyl with Intent to Distribute on 7/28/18

Defendant Woolard's Trial Brief
(USA v. Woolard CR 18-217-RSM - 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 Elliott Avenue, Suite 100
Seattle, WA  98121
(206)636-1725
Email: petercamiel@yahoo.com

Ct. 7 Felon in Possession of a Firearm: This charge was dismissed

Ct. 8 Unlawful User of a Controlled Substance in Possession of a Firearm

Ct. 9 Possession of a Firearm in Furtherance of a Drug Trafficking Offense

Ct. 10. Attempted Possession of Furanyl Fentanyl with Intent to Distribute on 8/6/18

Ct. 13 Conspiracy to Commit Money Laundering

Ct. 14-27 Money Laundering

Ct. 28 Possession of Furanyl Fentanyl with Intent to Distribute on 7/22/18

Ct. 29 Attempted Possession of Furanyl Fentanyl with Intent to Distribute on 8/3/18

Ct. 34 Attempted Possession of Furanyl Fentanyl with Intent to Distribute on 8/15/18

Ct. 47 Attempted Possession of Furanyl Fentanyl with Intent to Distribute on 8/8/18

Ct. 48 Possession of Furanyl Fentanyl with Intent to Distribute on 8/16/18

Mr. Woolard has entered a plea of not guilty to each charge.

**Pretrial Motions**:

The Court heard and decided several pretrial motions regarding the admissibility of evidence and procedural matters. Defendant's Motion to Suppress pursuant to Franks, Dkt. 65 has not yet been decided. That decision will impact the admissibility of several items of evidence sought to be introduced by the government.

**Jury Instruction Issues**

By separate pleading the defense has either joined in proposed jury instructions or submitted modified Ninth Circuit instructions. In particular the defense has proposed modification of the Ninth Circuit instruction as to Count 9 involving the charge pursuant to 18 USC 924(c).

**Motions in Limine**

All parties have submitted motions in limine regarding evidentiary issues. In particular the defense has challenged evidence the government seeks to introduce pursuant to FRE 404(b). The Court has not yet decided those motions.

Defendant Woolard's Trial Brief
(USA v. Woolard CR 18-217-RSM - 2

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 Elliott Avenue, Suite 100
Seattle, WA  98121
(206)636-1725
Email: petercamiel@yahoo.com

**Other Trial Issues**

Mr. Woolard joins in the arguments and motions made by codefendant Pelayo in his trial brief at ECF Dkt. 771.

Dated this 5th day of July, 2021.

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596

Defendant Woolard's Trial Brief
(USA v. Woolard CR 18-217-RSM - 3

**PETER A. CAMIEL**
**CAMIEL & CHANEY P.S.**
**2815 Elliott Avenue, Suite 100**
**Seattle, WA  98121**
**(206)636-1725**
**Email: petercamiel@yahoo.com**