THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0217-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRADLEY WOOLARD, ANTHONY PELAYO, and JEROME ISHAM, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On July 14, 2021, this case was reassigned to the undersigned. (*See* Dkt. No. 813.) Trial is scheduled to begin on Monday, July 19, 2021. (*Id.*) The parties have submitted several sets of proposed jury instructions and related filings. (*See* Dkt. Nos. 772, 773, 774, 776, 782, 783, 786, 787, 788, 789, 792, 795, 796, 814.) Pursuant to the undersigned's procedures, the parties are DIRECTED to meet and confer and jointly submit two sets of end-of-trial jury instructions and verdict forms no later than Wednesday, July 21, 2021. The first set of jury instructions must be numbered sequentially, with citations, and indicating whether the instruction is agreed or disputed. The second set must omit numbering, citations, or indication of whether the instruction is agreed or disputed. The parties should refer to the instructions in Local Civil Rule 51 for

further details about how to prepare and format the jury instructions. All standard jury instructions should be included. The parties are advised that the Court rarely departs from the Ninth Circuit's model instructions. Similar procedures apply to the verdict form.

A clean copy of the proposed instructions and verdict forms should also be submitted in Word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov.

DATED this 15th day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR18-0217-JCC
PAGE - 2