THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0217-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRADLEY WOOLARD, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court previously granted Defendant Bradley Woolard's motion for *in camera review* of presentence reports of cooperating witnesses. (Dkt. No. 703.) Having conducted an *in camera review* and having identified the attached materials as relevant, material, and probative as to a witness's credibility, the Court disclosed copies of the attached materials to counsel for the Government and to counsel for Defendants Bradley Woolard, Anthony Pelayo, and Jerome Isham.

//
//
//
//

1     DATED this 19th day of July 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

**<u>Attachment</u>**

**(FILED UNDER SEAL)**

MINUTE ORDER
CR18-0217-JCC
PAGE - 3