Dear Judge Coughenour

    I will be in your court for sentencing at the end of November. I will have already been in custody since September of 2018. I hope to give you some insight about me to consider obviously in hope of some leniency in my sentence. I am very aware that I face a mandatory minimum of 10 years.

    First, and most important about me is that I am very close to my family. I am a devoted father. Despite all that I have gone through, I have a lot of support from my parents and my sisters. They will be there to help keep me in line and get back on my feet when I do get out. They know what I have been through, what I have been accused of, and what happened at my trial. But they are still there for me.

    I have two seven-year old twin girls who are my world. I hope to get out in time to be part of their childhood and to teach them not to make the same kind of mistakes I have made. Mainly, I hope to steer them away from making the terrible choice to use or be around drugs from my own experience of how destructive that life is and how it ruins so many lives.

    My drug addiction has been a big part of my downfall but apart from that I have tried to be a good father spending time with my girls and showing them that I love them. Even the people who testified against me at trial acknowledged that I was a good father. But obviously, my drug use put my children at risk. I miss my girls a lot and it has been extremely difficult the last few years that I have not seen them. I talk to them often and they are as eager for me to get home as I am.

    Second, I have a plan and have set realistic goals for when I am released. I believe that as long as I can stay clean and away from drugs there is zero chance of committing future crimes. I am a skilled tradesman and I am very good at remodeling and flipping homes. When I am released I plan to renew my contractors license and open a business as " Another Chance Restoration." I feel that I can help people, by teaching at risk young people skills and giving them good jobs to keep them away from crime. Doing this will help them not go through what my kids are experiencing now having me away in prison. I have kept my contractor business connections and they have offered to help me get started again.

    Lastly, I now see how my addiction has totally destroyed my life and hurt my family. I tried many times to overcome my opiate addiction, but with only short term success. But my addiction didn't just destroy my life and hurt my children, it hurt many other people beyond my family as well. My past failed attempts at treatment were because I was not fully committed and didn't take to heart what they were trying to teach

me. I now see just how wrong I was. Though I was able to function and hide my addiction from most people, I know without a doubt that it led me to where I am today. Without this addiction I know I would be home with my family and running a successful business. By the time my house was searched my pill habit was about $1000 a day and sooner or later I was bound to overdose. When released I plan to get professional help with both my addiction and the pain that helped start it. I can honestly say that the life lessons I have learned the last 3 years have been learned the hard way and I will not forget them.

I feel that you gave me a fair trial and want to thank you for that. I hope that I am not penalized for going to trial. I know I have to face a long sentence. I am just hopeful that it will not be so long that I miss out of too much of my girls lives because I want to be there for them. And my parents and getting older and I want to be there for them.

Thank you for your time and consideration.

*Brad Woolard*
Brad Woolard
Nov, 2, 2021