PH  425-210-2110
Email   dbsunbirds@gmail.com

Judge John C. Coughenour
United States Courthouse
700 Stewart ST.
STE 16229
Seattle, WA 98101-9906

I would like to ask for your consideration regarding Bradley P. Woolard sentencing on November 30,2021. My name is Dan Woolard I am Brad's father, I will be 75 years of age this November. I have three daughters and eight grandchildren, they all reside in the greater Snohomish county area. My wife and I have been married for 56 years, we both are retired and recently moved back to Washington State from Sun City West, AZ due to my health.

I would like to take a moment of your time and talk about my son Brad, who has been found guilty by a jury of several drug related charges, and will be sentenced on November 30,2021. Brad as a young boy was a good son, I would say average to the degree that he did what boys do. He liked fishing going places with DAD, working with DAD outside and had boys his age spend the night. As a teenager we did things together such as fishing, target shooting, ride four wheeler s. Brad had a hobbie and passion in raising birds of different kinds like exotic chickens, quail, pheasants and etc. We both joined a local bird club and attended meetings and learned about caring and quality of birds. We worked on cars together and built our home at the time. I believe Brad learned a lot about making a living and responsibility and caring.

Brad in his mid to late teens started working part time at various jobs such as local rental yard, Alphies Pizza and a rabbit farm. When Brad graduated from high school he worked full time at the rental yard, then got a job at North West Trucking as a welder. He also worked at a machine shop using various milling machines. Latter he got a job as a house framer with a local contractor, I believe that was his start in his later years as a contractor flipping homes.

Brad went to work for a real estate investor that purchased homes and flipped them, Brad did all the repairs and improvements. After a short time Brad became known for his talents in doing these improvements and other investors hired him to do their work. After several years Brad started his own contractor business and started to buy homes and flipping them. During this time Brad got married and they had twin daughters, the apple of his eye to say the least.

Brad made a good living from flipping homes and always supported his family. He loved those two girls very much and took them fishing and to the beach all the time. They went on mini trips to the snow and various places. The girls truly love their DAD and he loves them. He was and is a very good DAD.

man.

Sir, I would like to ask for your deep consideration when reviewing Brad's sentence and give him an opportunity to show you and others that he truly regrets his past wrong doings. He has lost everything that really mattered to him, his daughters his home and his way of making a living.

Brad is a hard worker, intelligent person and has a caring/loving heart. He just got caught up in a bad situation and could not get out due to his addiction.

I love my Son and my family and I want to be able to see him back on his feet as a good citizen with his daughter's and working to support himself and them before my health catches up with me. I want to hold him and help him before that time comes. My whole family are eager to be their for Brad when he gets out to support him whenever necessary. Please give Brad and us that opportunity to show everyone that he can turn his life around for the better.

Thank you for this time to tell about Brad.

Dan Woolard

*[signature]*
10-20-2021

Dawn J Ruiz

2318 Colby Ave #6

Everett, WA 98201

October 22, 2021

Judge John C Coughenour

United States Courthouse

700 Stewart St. STE 16229

Seattle, WA 98101-9906

Dear Judge Coughenour,

I am writing to you in regard to Bradley Woolard. I am one of his three sisters. I want to tell you a little about Brad. We grew up in a close and loving home. As a kid I remember Brad was very smart and was always building something or trying to fix things. He had and has a great sense of humor and was a kind boy.

As we all grew up and we all moved our separate ways, we all still stay in touch and support one another in our ups and downs. Brad settled down also and became the most loving father, so attentive right from the beginning. He was so affectionate to his daughters and wife.

I want you to know that Brad is a giving kind man, hard working and strong. As a family and myself included, love him very much, we are here to help him get back on his feet, and will support him and his family.

Thank you,

*[signature]* 10/22/21

Dawn Ruiz

Deanna Woolard
148 Burke Dr.
Camano Island, Wa 98282

11/4/2021

Judge John C. Coughenour
United States Courthouse
700 Stewart St, STE 16228
Seattle WA, 98101

Subject: Bradley Pete Woolard

My name is Deanna Woolard. I am Bradley Woolard's oldest sister. Brad has 3 sisters older than him. Brad has always been good-hearted even as a young boy. His love for his family and animals is very big. He has always had a passion for birds. He raised and hand fed them for many years. I remember him waking up every 2 hours or so just to turn the eggs. When he was a kid he loved to tinker with things and would take apart radios and vacuum cleaners. He's always been a hard worker.

He loves to spend time with family. Big dinners and BBQs. The relationship he and I had was close for a big sister and younger brother. We watched movies and had ice cream together and went out crabbing and out to lunch.

When I was a single mom and struggling he was always there for us. Family has always come first to Brad. When his twin daughters were born, I've never seen him so happy. He is really good and patient with them. He is a good Dad and will always take care of them.

I could always depend on my brother to be there for me when I needed him. I love him with all my heart.

Sincerely,

Deanna Woolard

Deanna Woolard

Bonnie Woolard
302 Edinburgh Dr.
Camano Island, WA 98282
PH 425-239-0247
E-mail bonniewoolard@yahoo.com


October 29, 2021


Judge John C. Coughenour
United States Courthouse
700 Stewart ST.
STE 16229
Seattle, WA 98101-9906


I am Bradley Woolard's mother and would like to tell you a little bit about Brad for you to consider when deciding on his sentencing.

Brad comes from a loving, hard-working family. Brad is the youngest of four children and the only boy. During his childhood he was very interested in animals, as most boys are. At one point he started raising game birds then he went into the exotic birds. He would hatch the eggs in an incubator then hand feed the babies every few hours. He read everything he could about birds and joined a bird club and was the only young person in it. That was his hobby. We lived in a rural area where he sometimes road a 4 wheeler. He was average in school but had many friends both his age and older. In his older teenage years he worked at a local pizza restaurant, then a rabbit farm and rental yard. He liked working with his hands and was very good at it. Later in years, he worked at a machine shop then he worked in construction and framing. He was good at that and started flipping houses.

Brad's 6 yr old twin daughters adore him. He was very hands on in caring for them when they were born and did many activities with them as they got a little older. These girls are the most important people in his life. Brad's family love him and will be here to help him when he is released so that he can start on a better path in life.

I hope you will consider in making your decision that Brad's long time addiction played a major part in his decisions in the past and I know that he has many regrets.

Thank you,

*Bonnie Woolard*
Bonnie Woolard