| Case | Cause number | Convicted of | Drug Quantity or TAOL | Government sentencing recommendation | Sentence imposed |
|---|---|---|---|---|---|
| US v. Gregory L. Smith | CR17-218RSL | 21 USC§ 841(b)(l)(B), 18 USC§ 924(c) | >75 shipments from China | ≤ 168 mos | 144 months (84 +60) |
| US v. Daniel Guerrero | CR17-5469BHS | 21 USC § 841(b)(l)(A) | 10,937.8 gms. fentanyl | 120 mos. | 120 mos. |
| US v. Kevin Scott Ta | CR18-194JCC | 21 USC§ 841(b)(l)(B), 18 USC§ 924(c) | Level 30 based on heroin and meth only | ≤ 168 mos. | 144 months (84 +60) |
| US v. Matthew Witters | CR18-314JCC | 21 USC§ 841(b)(l)(B) | > 40 gms. fentanyl | ≤ 120 months | 84 mos. |
| US v. Michael Ryan Bond | CR18-5373RJB | 21 USC§ 841(b)(l)(C) | Level 24 – 150 fentanyl laced pills | ≤ 40 mos. | 18 mos. |
| US v Rhett Irons | CR19-035RAJ | 21 USC§ 841(b)(l)(A), (b)(1)(B) 18 USC§ 924(c) | Level 38 | 204 mos. | 180 mos. (120 + 60) |
| US v. Rosaliana Lopez-Rodriguez | CR19-260RSM | 21 USC§ 841(b)(l)(B) | Level 32 to 42 (one death) | 60 to 96 mos. | 84 mos. |

Exhibit B
Page **1** of 3

| US v. Raoul V. Nornamdia, Jr | CR20-110 RSL | 21 USC§ 841(b)(l)(C), 18 USC§ 924(c) | Level 24 to 38 (one death) | ≤ 84 mos. | 66 mos. |
|---|---|---|---|---|---|
| US v. Chase Friedrich | CR20-110RSL | 21 USC§ 841(b)(l)(C), 18 USC§ 924(c) | Level 20 to 38 (one death) | ≤ 84 mos. | 36 mos. |
| US v. Ivan Armenta | CR20-110RSL | 21 USC§ 841(b)(l)(C) | Level 12 to 38 (one death) | ≤ 48 mos. | 48 mos. |
| US v. Jesse S. Dittmar | CR20-121RSM | 21 USC§ 841(b)(l)(C) | Level 38 (one death) | 36 to 72 mos. | 54 mos. |
| US v. Wilmer Avila-Gamez | CR20-128RSM | 21 USC§ 841(b)(l)(A), (b)(1)(C) | Level 32 | 120 mos. Minimum | 42 mos. |
| US v. Jessie N. Cruz | CR20-0135RSL | 21 USC§ 841(b)(l)(C), 18 USC§ 924(c) | Level 32 | ≤ 96 mos. | 84 mos. (24 + 60) |
| US v. Jose Casablanca | CR20-0135RSL | 21 USC§ 841(b)(1)(B) 18 USC§ 922(o), 18 USC§ 924(c) | Level 34 | 120 mos. (60 + 60) | 120 mos. (60 + 60) |
| US v. Jeremy Gongas | CR20-5374BHS | 21 USC§ 841(b)(l)(A) | Level 32 | 120 mos. | 78 mos. |

Exhibit B
Page **2** of **3**

| US v Griffin Thompson | CR18-217RSM | 21 USC 841(a)(1) | Level 29 | 24 mos. | Time served |
|---|---|---|---|---|---|
| US v Shawna Bruns | CR18-217RSM | 21 USC 841(a)(1)<br><br>18 USC 1956(a)(2)(A) | Level 31 | Credit for time served | Time served |
| US v Robert Tabares | CR18-217RSM | 21 USC 841(b)(1)(A)<br><br>18 USC 1956(a)(2)(A) | Level 27 | 20 mos. | Time served |
| US v Keith Strand | CR18-217RSM | 21 USC 841(b)(1)(A)<br><br>18 USC 1956(a)(2)(A) | Level 27 | 36 mos. | 28 mos. (govt motion for resentencing resulted in a sentence of time served) |
| US v Adrian Bergstrom | CR18-217RSM | 21 USC 841(b)(1)(A) | Level 21 | 24 mos. | 14 mos. |
| US v Timothy Mantie | CR18-217RSM | 21 USC 841(b)(1)(C) | Level 32 | | TBD |
| US v Andrew Tong | CR18-217RSM | 18 USC 1956(a)(1)(B) | Level 25 | 12 mos + one day | Time served |
| US v Jose Lugo | CR18-217RSM | 21 USC 841(b)(1)(C)<br><br>18 USC 922(g) | Level 28 | | TBD |

Exhibit B
Page 3 of 3