THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRADLEY WOOLARD,<br><br>　　　　　　　Defendant. | CASE NO. CR18-0217-JCC<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW |

This matter comes before the Court on Defense Counsel's unopposed motion for leave to withdraw as counsel in this case (Dkt. No. 984). Defense Counsel indicates that Defendant Woolard has retained new counsel, James Lobsenz, to represent him on appeal. (*Id.*) Having thoroughly considered the motion and the balance of the record, the Court hereby FINDS that good cause exists for the withdrawal of Counsel Peter A. Camiel and GRANTS the motion. Mr. Camiel is permitted to withdraw as counsel for Defendant Bradley Woolard.

//
//
//
//
//
//

1 | DATED this 13th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE