THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0217-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRADLEY WOOLARD, *et al.*, | |
| Defendants, and | |
| BRADLEY WOOLARD, | |
| Petitioner. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for a scheduling order to govern a third-party petition (Dkt. No. 953) related to a preliminary forfeiture order (Dkt. No. 258). The Court may permit discovery and entertain motions related to a third-party petition pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party petition is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) and (4)–(6). The Court, having reviewed the Government's motion, as well as the other papers and pleadings filed in this matter, including the relevant petition contesting the

forfeiture (Dkt. No. 939), hereby enters the following scheduling order in this matter.

    1) The parties may engage in discovery related to the identified petition. The discovery period closes on February 25, 2022;

    2) The parties shall file any dispositive motions no later than March 25, 2022; and

    3) If necessary, an evidentiary hearing will be held on the petition (Dkt. No. 939) on April 12, 2022, at 9:00 a.m.

DATED this 27th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk