THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

BRADLEY WOOLARD, *et al.*,

            Defendants, and

BRADLEY WOOLARD,

            Petitioner.

CASE NO. CR18-0217-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of the deadlines (Dkt. No. 1026) governing Third-Party Petitioner Bradley Woolard's ancillary claim related to a preliminary forfeiture order (Dkt. No. 258).

The Government requests that the deadlines in the Court's scheduling order be extended to allow it additional time to compile and review materials, request and produce discovery, determine the basis and extent of Mr. Woolard's interest, confer with counsel for Mr. Woolard, and potentially negotiate a settlement. (*Id.* at 2.) No response to this motion has been filed.

1    The Court, having reviewed the Government's motion, as well as the other papers and

2 pleadings filed in this matter, including the relevant petition contesting the forfeiture (Dkt. No.

3 939), hereby CONTINUES the following deadlines from the scheduling order (Dkt. No. 998).

4    1) The discovery period closes on May 27, 2022;

5    2) The parties shall file any dispositive motions no later than June 30, 2022; and

6    3) If necessary, an evidentiary hearing will be held on the petition (Dkt. No. 939) on

7 August 30, 2022, at 9:00 a.m.

8    DATED this 16th day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk