THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>    v.<br>BRADLEY WOOLARD,<br><br>             Defendant. | CASE NO. CR18-0217-JCC-1<br><br>ORDER |

This matter comes before the Court on the Government's motion (Dkt. No. 1053) to (a) vacate the preliminary order of forfeiture (Dkt. No. 258), which forfeited to the Government Defendant Shawna Bruns's interest in assorted jewelry, and (b) to dismiss the third-party ancillary petition of Defendant Bradley Woolard (Dkt. No. 939). Having thoroughly considered the briefing and the relevant record, the Court hereby finds that there is good cause to vacate the preliminary order of forfeiture as the Government no longer seeks to forfeit this jewelry. (*See* Dkt. No. 1053 at 5–6.) Consequently, Mr. Woolard now lacks standing to assert a claim to the jewelry under the forfeiture statute, which provides third parties with means to adjudicate a legal interest in property *subject to forfeiture*. 21 U.S.C. § 853(n)(2). As a result, any claims Mr. Woolard may have to the property must be asserted through other legal proceedings.

Accordingly, the Court ORDERS:

1. The preliminary order of forfeiture (Dkt. No. 258) is VACATED.

ORDER
CR18-0217-JCC-1
PAGE - 1

2. The ancillary forfeiture proceeding is TERMINATED.

3. Mr. Woolard's third-party ancillary petition (Dkt. No. 939) is DISMISSED.

4. The Government is DIRECTED to release the jewelry (Asset #19-DEA-653877) from the custody of the United States to the individual from whom it was seized.

DATED this 6th day of July 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE