The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WOOLARD, *et al.*,<br><br>Defendants,<br><br>and,<br><br>BRADLEY WOOLARD,<br><br>Petitioner. | NO. CR18-217JCC<br><br>**ORDER GRANTING UNITED STATES' MOTION TO VACATE PRELIMINARY ORDER OF FORFEITURE AND TO DISMISS THIRD-PARTY ANCILLARY PETITION** |

THIS MATTER comes before the Court on the United States' Motion to Vacate Preliminary Order of Forfeiture, Dkt. No. 258, which forfeited to the United States Defendant Shawna Bruns' interest in assorted jewelry, consisting of a diamond ring and diamond earrings (the "Jewelry"), seized on or about June 12, 2019, from Defendant Shawna Bruns in Marysville, Washington, and to Dismiss Third-Party Ancillary Petition of Defendant Bradley Woolard, Dkt. No. 939.

Order Vacating Preliminary Order of Forfeiture and - 1
Dismissing Third-Party Ancillary Petition
*United States v. Bradley Woolard, et al.*, CR18-217-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS:

1. There is good cause to vacate the Preliminary Order of Forfeiture, Dkt. No. 258;
2. Vacating the Preliminary Order of Forfeiture terminates the ancillary forfeiture proceeding;
3. There is good cause to dismiss the Third-Party Ancillary Petition of Bradley Woolard, Dkt. No. 939; and
4. The Jewelry (Asset #19-DEA-653877) may be released from the custody of the United States to the individual from whom it was seized.

NOW, THEREFORE, THE COURT ORDERS:

1. The Preliminary Order of Forfeiture, Dkt. No. 258, is VACATED;
2. The ancillary forfeiture proceeding is TERMINATED;
3. The Third-Party Ancillary Petition of Bradley Woolard, Dkt. No. 939, is DISMISSED; and
4. The United States SHALL RELEASE the Jewelry (Asset #19-DEA-653877) to the individual from whom it was seized.

IT IS SO ORDERED.

DATED this 6th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Vacating Preliminary Order of Forfeiture and - 2
Dismissing Third-Party Ancillary Petition
*United States v. Bradley Woolard, et al.*, CR18-217-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

 /s/ Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Order Vacating Preliminary Order of Forfeiture and - 3
Dismissing Third-Party Ancillary Petition
*United States v. Bradley Woolard*, *et al*., CR18-217-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970